UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05-cr-00258-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOHN TYLER WICKER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervised Release. Having considered defendant's motion, reviewed the pleadings, and conducted a hearing, and neither the government nor Pretrial Services opposing the motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release is GRANTED, and supervised is TERMINATED as successfully completed.

Signed: September 17, 2015

Max O. Cogburn Jr.
United States District Judge